Robert Charles Lambert, as Administrator of Charles J. Lambert, Deceased, Respondent, v. Mutual Reserve Life Insurance Company, Appellant. (Action No. 4.)— Determination of Appellate Term affirmed, with costs. No opinion.

R. W. Bidgood, Respondent, v. Mutual Reserve Life Insurance Company, Appellant.— Determination of Appellate Term affirmed, with costs. No opinion.

Addison G. Brenizer, Respondent, v. Mutual Reserve Life Insurance Company, Appellant.— Determination of Appellate Term affirmed, with costs. No opinion.

Henry P. C. Johnston, Respondent, v. Mutual Reserve Life Insurance Company, Appellant. (Nine Actions.) — Determination of Appellate Term affirmed, with costs. No opinion.

Albert T. Weston, Respondent, v. Commercial Advertiser Association, Appellant.— Judgment affirmed, with costs, on the authority of *Bornmann* v. *Star Co.* (174 N. Y. 212), with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below.

The Hills Brothers Company, Respondent, v. Heinrich Vogeman and Others, Appellants.— Judgment affirmed, with costs, on the authority of *Rosenstein* v. *Vogemann* (102 App. Div. 39) and *Constable* v. *National Steamship Co.* (154 U. S. 51). (McLaughlin and Clarke, JJ., dissenting.)

Annie M. Hull, Individually and as Executrix of and Trustee under the Last Will and Testament of William Crawford, Deceased, Respondent, v. The New York and Harlem Railroad Company and The New York Central and Hudson River Railroad Company, Appellants.— Judgment affirmed, with costs. No opinion.

Julius Cayard and Others, Suing in Behalf of Themselves and of All Other Stockholders of the Texas Oil and Pipe Line Company, a Corporation, Who May Come in and Contribute to the Expenses of This Action, Respondents, v. Texas Crude Oil and Mining Company, a Corporation Organized and Existing under the Laws of South Dakota, and Others, Defendants, Impleaded with Texas Oil and Pipe Line Company of West Virginia, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion.

Julius Cayard and Others, Suing in Behalf of Themselves and of All Other Stockholders of the Texas Oil and Pipe Line Company, a Corporation, Who May Come in and Contribute to the Expenses of This Action, Respondents, v. Texas Crude Oil and Mining Company, a Corporation Organized and Existing under the Laws of South Dakota, and Others, Defendants, Impleaded with John Burling Lawrence, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion.

Julius Cayard and Others, Suing in Behalf of Themselves and of All Other Stockholders of the Texas Oil and Pipe Line Company, a Corporation, Who May Come in and Contribute to the Expenses of This Action, Respondents, v. Texas Crude Oil and Mining Company, a Corporation Organized and Existing under the Laws of South Dakota, Appellant, Impleaded with Others.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion.

Julius Cayard and Others, Suing in Behalf of Themselves and of All Other Stockholders of the Texas Oil and Pipe Line Company, a Corporation, Who May Come in and Contribute to the Expenses of This Action, Respondents, v. Texas Crude Oil and Mining Company, a Corporation Organized and Existing under the Laws of South Dakota, and Others, Defendants, Impleaded with Joseph Allen, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion.

Thomas A. Healy, Respondent, v. Janet T. Malcolm, as Executrix, etc., of James F. Malcolm, Deceased, Appellant.—Judgment affirmed, with costs. No opinion.

Wilson & McNeal Company, Appellant, v. Standard Oil Company of New York, Respondent.— Judgment affirmed, with costs, on opinion in *Welsbach Co.* v. *Norwich Gas & El. Co.* (96 App. Div. 52; affd., 180 N. Y. 533), with leave to plaintiff to amend on payment of costs in this court and in the court below.